```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


VISTAAR HEALTHCARE SOLUTIONS,
INS.
            (Plaintiff)      :


       V.                    :         Civil 09-1408 (WHW)


                             :              ORDER
NORTH MEMORIAL HEALTHCARE
            (Defendant)
                             :
```

It appearing that a notice of call for dismissal pursuant to Rule 4(m) has been filed and the Court having received an affidavit from the plaintiff,

It is on this 17th day of August 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

S/ William H. Walls
_____
WILLIAM H. WALLS
United States District Judge